AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PERSONAL SERVICE**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Cogency Global Inc__
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Dianna (Receptionist)__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Cogency Global Inc__
on *(date)* __11-20-2024__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __11-20-2024__

Server's signature: *Manuel A Bautista*

Printed name and title: __Manuel A Bautista    Process Server__

Server's address: __320 S Kansas Ave, Ste 200, Topeka, KS__

Tammy K Walter
NOTARY PUBLIC—STATE OF KANSAS
MY APPT EXP: 8-1-27

Additional information regarding attempted service, etc:

| | | | |
|---|---|---|---|
| Court Case # | 4:24-CV-00557-SHR | Service On: Cogency Global Inc | County |
| Sheriff # | 24021736 | | Court Date: |
| Received Date: | 11/19/2024 12:12 PM | | |

Matthew Wolf

VS

SelectQuote Insurance Services Inc

## RETURN OF SERVICE OF SUMMONS/PETITION

I hereby certify that I have served this Summons/Petition:

**Agent Service.** By delivering a copy of such document to each of the following agents authorized by appointment or by law to receive service of process on the dates indicated. , Registered Agent/Officer, 2101 SW 21st St  Topeka KS 66604, November 20th, 2024 03:16 PM

Pursuant to K.S.A. 53-601, as amended, I declare under penalty of perjury that the foregoing is true and correct. Executed on November 20th, 2024.

_Manuel A Bautista_
Manuel Alberto Bautista

Attorney Name:

Attorney Address:

Attorney File Number:

**RETURN TO:**

Tammy K Walter
NOTARY PUBLIC - STATE OF KANSAS
MY APPT EXP: 8-1-27