Andrew Apodaca
AZ Bar No. 034398
Chris Enos
AZ Bar No. 014412
GOERING, ROBERTS, RUBIN, BROGNA,
    ENOS & TREADWELL-RUBIN, P.C.
3275 W. Ina Road, Suite 255
Tucson, Arizona 85741-2338
Telephone: (520) 577-9300
Facsimile: (520) 577-0848
aapodaca@azdefenselaw.com
cenos@azdefenselaw.com
*Attorneys for Defendant*
*SelectQuote Insurance Services, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MATTHEW WOLF, individually and on behalf of a class of all persons and entities similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>SELECTQUOTE INSURANCE SERVICES INC.,<br><br>            Defendant. | Case No.: 4:24-cv-00557-SHR<br><br>**DEFENDANT, SELECTQUOTE INSURANCE SERVICES' LOCAL RULE 7.3 MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**<br><br>**FIRST REQUEST** |

Defendant, SelectQuote Insurance Services, improperly identified as SelectQuote Insurance Services, Inc. ("SelectQuote"), through counsel and under the Federal Rules of Civil Procedures and Local Rule 7.3, files this Motion for Extension of Time to Respond to the Complaint, and states:

1. On November 20, 2024, plaintiff served the complaint on SelectQuote.

2. SelectQuote's responsive pleading is currently due on December 11, 2024.

3. Undersigned counsel, however, requests additional time to review the file materials, conduct an investigation and confer with his client in order to draft an appropriate responsive pleading.  In addition, the extension will allow the parties the time necessary to engage in meaningful and good-faith settlement negotiations in hopes the parties can reach a mutually agreeable resolution without the Court's involvement.

4. No party will be prejudiced by an extension until **January 8, 2025**, for SelectQuote to respond to the Complaint.

5. Counsel for SelectQuote contacted counsel for plaintiff regarding the relief requested and he does not have any objection to the extension.

6. There are not currently any other deadlines or hearings set in this matter that this extension would affect.

Dated: December 13, 2024              Respectfully Submitted,

<div style="margin-left: 3em;">

*/s/ Andrew Apodaca*
Andrew Apodaca
AZ Bar No. 034398
Chris Enos
AZ Bar No. 014412
GOERING, ROBERTS, RUBIN, BROGNA, ENOS
& TREADWELL-RUBIN, P.C.
3275 W. Ina Road, Suite 255
Tucson, Arizona 85741-2338
Telephone: (520) 577-9300
Facsimile: (520) 577-0848
aapodaca@azdefenselaw.com
cenos@azdefenselaw.com
*Attorneys for Defendant,*
*SelectQuote Insurance Services, Inc.*

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2024, a copy of the foregoing was filed electronically in the ECF system and served on all parties of record via electronic mail.

Andrew Roman Perrong
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA  19038
andyperrong@gmail.com

*/s/ Andrew Apodaca*