# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Wolf, | No. CV-24-00557-TUC-SHR |
| Plaintiff, | **ORDER** |
| v. | |
| SelectQuote Insurance Services Incorporated, | |
| Defendant. | |

Having reviewed Defendant's "Motion For Extension Of Time To Answer Complaint" (Doc. 6), and good cause appearing,

**IT IS ORDERED** Defendant's Motion (Doc. 6) is **GRANTED**. Defendant shall have up to and including Wednesday, January 8, 2024, to answer or otherwise respond to the complaint.

Dated this 16th day of December, 2024.

Honorable Scott H. Rash
United States District Judge