# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Wolf,<br><br>       Plaintiff,<br><br>v.<br><br>SelectQuote Insurance Services Incorporated,<br><br>       Defendant. | No. CV-24-00557-TUC-SHR<br><br>**ORDER** |

Having reviewed the parties' Joint Discovery/Case Management Plan and considering the scheduling conflict therein,

**IT IS ORDERED** the scheduling conference originally set for Thursday, February 13, 2025, at 10 a.m. is **VACATED**. This conference shall be rescheduled to **Monday, February 24, 2025, at 10 a.m.**

Dated this 10th day of February, 2025.

Honorable Scott H. Rash
United States District Judge