13Michael Alltmont, Esq.
SESSIONS, ISRAEL & SHARTLE LLC
3838 N. Causeway Blvd, Ste. 2800
Metairie, LA 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
Email: malltmont@sessions.legal
*Attorneys for Defendant*
*SelectQuote Insurance Services*

Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA  19038
andyperrong@gmail.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MATTHEW WOLF, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br>v.<br><br>SELECTQUOTE INSURANCE SERVICES INC.,<br><br>Defendant. | Case No.: 4:24-cv-00557-SHR |

### STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES Matthew Wolf ("Plaintiff") and SelectQuote Insurance Services, Inc. ("Defendant"), through undersigned counsel, and hereby stipulate to the dismissal of this lawsuit with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs and fees.

Dated: June 13, 2025                                        Respectfully Submitted,


*/s/Michael Alltmont*                                        */s/ Andrew Perrong*
Michael Alltmont, Esq.                                       Andrew Roman Perrong
SESSIONS, ISRAEL & SHARTLE LLC                               Perrong Law LLC
3838 N. Causeway Blvd, Ste. 2800                             2657 Mount Carmel Avenue
Metairie, LA 70002                                           Glenside, PA  19038
Telephone: (504) 828-3700                                    andyperrong@gmail.com
Facsimile: (504) 828-3737                                    *Attorney for Plaintiff*
Email: malltmont@sessions.legal

Andrew Apodaca
AZ Bar No. 034398
Chris Enos
AZ Bar No. 014412
GOERING, ROBERTS, RUBIN, BROGNA,
ENOS & TREADWELL-RUBIN, P.C.
3275 W. Ina Road, Suite 255
Tucson, Arizona 85741-2338
Telephone: (520) 577-9300
Facsimile: (520) 577-0848
aapodaca@azdefenselaw.com
cenos@azdefenselaw.com

*Attornesy for Defendant
SelectQuote Insurance Services, Inc*.

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, I caused the foregoing STIPULATION OF DISMISSAL to electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Andrew Roman Perrong
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA  19038
andyperrong@gmail.com

        */s/Michael Alltmont*
        Michael Alltmont, Esq.