UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

MATTHEW WOLF, individually and on behalf of a class of all persons and entities similarly situated,

    Plaintiff,

v.

SELECTQUOTE INSURANCE SERVICES INC.,

    Defendant.

Case No.: 4:24-cv-00557-SHR

## **ORDER OF DISMISSAL WITH PREJUDICE**

Having reviewed the Stipulation of Dismissal filed by Plaintiff and Defendant, this Court ORDERS that this matter be dismissed with prejudice, with each party to bear their own costs and fees. The Clerk is instructed to close the docket.

DATED this _____ day of _____, 2025

_____
JUDGE SCOTT H RASH
United States District Judge