IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Wolf,<br><br>          Plaintiff,<br><br>v.<br><br>SelectQuote Insurance Services Incorporated,<br><br>          Defendant. | No. CV-24-00557-TUC-SHR<br><br>**ORDER** |

Having considered Plaintiff's Stipulation of Dismissal With Prejudice (Doc. 14) filed pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii),

**IT IS ORDERED** the Stipulation (Doc. 14) is **ACCEPTED.** This action is **DISMISSED with prejudice** with each party to bear its own attorney's fees and costs.

**IT IS FURTHER ORDERED** the Clerk of Court shall docket accordingly and **close this case**.

Dated this 16th day of June, 2025.

Honorable Scott H. Rash
United States District Judge